# MEMORANDA

OF

DECISIONS RENDERED WITHOUT WRITTEN OPIN-
IONS DURING THE PERIOD EMBRACED
. IN THIS VOLUME.

---

No. 2,121.—ALEXANDER MACKEL, Appellant, v. THE
NORTHERN PACIFIC RAILWAY COMPANY, Re-
spondent.

*Appeal from District Court, Silver Bow County; E. W. Harney, Judge.*

On motion to dismiss appeal.

Decided January 31, 1905.

Per Curiam.—Upon motion of the appellant this appeal is hereby dismissed without costs to either party.

*Messrs. Mackel & Meyer,* for Appellant.